IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SHAVALYA M. MATTHEWS,            :
                                 :
        Plaintiff,               :
                                 :
    v.                           : Civil Action No. 04-883-JJF
                                 :
DAIMLERCHRYSLER,                 :
                                 :
        Defendant,               :

## O R D E R

WHEREAS, the above-captioned matter was filed on July 20, 2004;

WHEREAS, this matter has been pending with no activity for over eleven (11) months;

WHEREAS, Local Rule 41.1 provides for the Court on its own motion, and after reasonable notice, to enter an Order dismissing such matters unless good reason for the inaction is given;

IT IS HEREBY ORDERED that the Plaintiff show cause in writing within 20 days of the date of this Order why this matter should not be dismissed for failure to prosecute.

_August 4, 2005_
DATE

_[signature]_
UNITED STATES DISTRICT JUDGE