August 26, 2005

Plaintiff

Shavalyn M. Mathews

Case #: 1:04-cv-00883-JJF

V

Defendant

DaimlerChrysler

2005 AUG 26 PM 12:44
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

ps
scanned,

Dear Honorable Judge Joseph J. Farnan Jr,

On or about September 15, 2004 defendant DaimlerChrysler offered a settlement on Case # 1:04-cv-00883. The case has been settled.

Thanks,
Shavalya M. Mathews
35 Anglin Drive, Rob-scott Manor
Newark, DE
19713
Tele: 302-368-2141